1014

[No. 2473-1.    Division One.    July 1, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK MORRISON PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63562, James A. Noe, J., entered August 10, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and James, JJ.

[No. 2647-1.    Division One.    July 1, 1974.]

THE STATE OF WASHINGTON, *Appellant*, v. GEORGE S. LUNDIN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 64802, Janice Niemi, J., entered November 14, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Callow, JJ.

[No. 2122-1.    Division One.    July 8, 1974.]

RALPH D. ANDERSON, *Respondent*, v. GENE DUNN *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 750620, Solie M. Ringold, J., entered January 16, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and James, J.

[No. 2376-1.    Division One.    July 8, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RICHARD FARRUGIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63602, Lloyd W. Bever, J., entered May 31, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Williams, J.